UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| LYLE GUINNUP, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:22CV397-PPS/JPK |
| MAD MUSHROOM FRANCHISE GROUP, LLC, | ) ) ) ) | |
| Defendant. | ) | |

# ORDER

The parties' joint Stipulation of Dismissal [DE 36] is SO ORDERED. This action is DISMISSED WITH PREJUDICE, each party to bear its own costs.

By the stipulated dismissal, the case is CLOSED.

**SO ORDERED**.

ENTERED: June 28, 2023.

      /s/ Philip P. Simon
      PHILIP P. SIMON, JUDGE
      UNITED STATES DISTRICT COURT